PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **MARIE ROSE JOHNSON** ) <br> ) | **Docket Number: 2:03CR00326-01** |

On May 3, 2004, the above-named was placed on Probation for a period of 5 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA
United States Probation Officer**

Dated:   April 18, 2008
         Redding, California
         JNG:aph

                          /s/ Richard A. Ertola
**REVIEWED BY:**   _____
                   **RICHARD A. ERTOLA
                   Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:   **JOHNSON, Marie Rose**
      **Docket Number:   2:03CR00326-01**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

 May 5, 2008
**Date**

**HON. FRANK C. DAMRELL, JR.**
**United States District Judge**

JNG:aph
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office